THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01083-RPM

KARLA DANES,

      Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

      Defendant.

_____

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
_____

On July 16, 2013, the plaintiff filed a Motion for Leave to File Amended Complaint, the proposed amended complaint being attached to the motion. The defendant Denver Health and Hospital Authority filed a response on August 6, 2013, and the plaintiff filed her reply on August 15, 2013. The purpose in filing the amended complaint is to seek relief from an additional defendant, Dr. Kerry Broderick, on a claim for intentional inference with contract. The defendant's objection is that the plaintiff's employment was at-will and therefore does not give rise to such a claim. The plaintiff's reply concedes the at-will employment but contests the legal conclusion. Because this Court is uncertain with respect to the Colorado law regarding interference with at-will employment and because of uncertainty concerning a supervisor's liability for intentional interference with contract under Colorado law, it is

ORDERED that this Court will not exercise supplemental jurisdiction under 28 U.S.C. § 1367 and it is therefore

ORDERED that the motion to amend complaint is denied.

Dated:  August 16th, 2013

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge