THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01083-RPM

KARLA DANES,

      Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

      Defendant.

_____

ORDER AMENDING SCHEDULING ORDER
_____

Upon review of the Uncontested Motion to Amend Scheduling Order to allow the

depositions of Steven Thomas and Tania Gutierrez on January 24, 2014, and to allow the filing

of dispositive motions by February 24, 2014, it is

ORDERED that the motion is granted.

Dated: January 7th, 2014

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge