THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01083-RPM

KARLA DANES,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.
_____

ORDER RESCHEDULING TRIAL DATE
_____

    Because of a conflict in the Court's calendar, it is

    ORDERED that this matter is **rescheduled** for trial to jury on **December 8, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx .

    Dated:   August 1st, 2014

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                     _____

                                   Richard P. Matsch, Senior District Judge