THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01083-RPM

KARLA DANES,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulated Dismissal with Prejudice [35] filed December 2, 2014, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

    Dated: December 3rd, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge